UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMANDA LAWRIE-JONES,

        Plaintiff,                                Case No. 16CV4573

    -against-

                                             NOTICE OF VOLUNTARY
                                             DISMISSAL PURSUANT TO
                                             F.R.C.P. 41 (a)(1)(A)(i)

CHOW DOWN INC. d/b/a EL CENTRO,
BAMJ MIDTOWN ASSETS, LLC, MURRAY
MIDTOWN ASSETS LLC and ARP MIDTOWN ASSETS LLC,

        Defendants.

---

    Pursuant to F.R.C.P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, AMANDA LAWRIE-JONES, and her counsel, hereby gives notice that the above captioned action is voluntarily dismissed, with prejudice, against the defendants.

Dated: August 22, 2016

                                                           Donald J. Weiss, Esq. (7619)
                                                           Attorney for Plaintiff
                                                           1 Penn Plaza, Suite 4701
                                                           New York, New York 10119
                                                           212-967-4440